THE HOME DEPOT and HELMSMAN MANAGEMENT SERVICES, INC., as TPA for NEW HAMPSHIRE INSURANCE COMPANY,

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D17-0160

v.

JUAN CARRILLO,

     Appellee.

_____/

Opinion filed October 4, 2017.

An appeal from an order of the Judge of Compensation Claims
Margaret E. Sojourner, Judge.

Date of Accident: March 4, 2016.

Brian C. Dowling of The Workers' Compensation Trial Group, P.A., Orlando, for Appellants.

Nicolette E. Tsambis of Smith, Feddeler & Smith, P.A., Lakeland, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, BILBREY, and KELSEY, JJ., CONCUR.